# OFFICE OF THE CHAPTER 13 TRUSTEE
## LAUREN A. HELBLING, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

| Office Address | Payment Address |
|---|---|
| Lauren A. Helbling, Chapter 13 Trustee | Lauren A. Helbling |
| 200 Public Square, Suite 3860 | Chapter 13 Trustee |
| Cleveland, Ohio 44114-2321 | P.O. Box 593 |
| Tel: (216) 621-4268   Fax: (216) 621-4806 | Memphis, TN 38101-0593 |
| www.13trusteecleveland.com | *Include case number on payment |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period April 01, 2019 through March 31, 2020

Case No: 19-11813-jps  
Filed: March 29, 2019

Debtor: DOUGLAS PARKER  
10805 GOVERNOR  
CLEVELAND, OH  44111

Attorney: MELISSA L RESAR  
(216) 263-6200

Required Plan Payment: $650.00 MONTHLY

---

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 7,350.00 |
| Disbursements: | | |
|     Principal | 4,082.25 | |
|     Interest | 663.50 | |
|     Attorney Fee | 2,200.00 | |
|     Trustee Fee | 404.25 | |
| | | 7,350.00 |
| Funds on Hand: | | 0.00 |
| | | 7,350.00 |

CASE NO: 19-11813-jps
DEBTOR: DOUGLAS PARKER

## RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Apr 19, 2019 | 150.00 | Apr 30, 2019 | 150.00 | May 08, 2019 | 150.00 | May 14, 2019 | 150.00 | May 22, 2019 | 150.00 |
| May 31, 2019 | 150.00 | Jun 04, 2019 | 150.00 | Jun 11, 2019 | 150.00 | Jun 18, 2019 | 150.00 | Jun 25, 2019 | 150.00 |
| Jul 02, 2019 | 150.00 | Jul 09, 2019 | 150.00 | Jul 16, 2019 | 150.00 | Jul 23, 2019 | 150.00 | Jul 30, 2019 | 150.00 |
| Aug 07, 2019 | 150.00 | Aug 15, 2019 | 150.00 | Aug 22, 2019 | 150.00 | Aug 29, 2019 | 150.00 | Sep 05, 2019 | 150.00 |
| Sep 12, 2019 | 150.00 | Sep 19, 2019 | 150.00 | Sep 26, 2019 | 150.00 | Oct 03, 2019 | 150.00 | Oct 10, 2019 | 150.00 |
| Oct 17, 2019 | 150.00 | Oct 24, 2019 | 150.00 | Oct 31, 2019 | 150.00 | Nov 07, 2019 | 150.00 | Nov 14, 2019 | 150.00 |
| Nov 21, 2019 | 150.00 | Nov 29, 2019 | 150.00 | Dec 04, 2019 | 150.00 | Dec 12, 2019 | 150.00 | Dec 19, 2019 | 150.00 |
| Dec 27, 2019 | 150.00 | Jan 03, 2020 | 150.00 | Jan 09, 2020 | 150.00 | Jan 16, 2020 | 150.00 | Jan 23, 2020 | 150.00 |
| Jan 30, 2020 | 150.00 | Feb 06, 2020 | 150.00 | Feb 13, 2020 | 150.00 | Feb 20, 2020 | 150.00 | Feb 27, 2020 | 150.00 |
| Mar 05, 2020 | 150.00 | Mar 12, 2020 | 150.00 | Mar 19, 2020 | 150.00 | Mar 26, 2020 | 150.00 | | |

## DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | DPU DIVISION OF WATER | ####0935 | Unsecured | .00 | .00 |
| 002 | DPU DIVISION OF WATER | ####0001 | Unsecured | .00 | .00 |
| 003A | WELLS FARGO BANK NA | 5647 | Secured | .00 | .00 |
| 003NA | WELLS FARGO BANK NA | | Unsecured | .00 | .00 |
| 003NA1 | EDWARD J BOLL III | | Unsecured | .00 | .00 |
| 004 | CUYAHOGA COUNTY TREASURER | ####6069 | Secured | 4,082.25 | 663.50 |
| 004A | CUYAHOGA COUNTY TREASURER | ####6069 | Secured | .00 | .00 |
| 799 | RAUSER & ASSOCIATES | | Attorney Fees | 2,200.00 | .00 |
| | DEPARTMENT OF THE TREASURY | | Priority | .00 | .00 |
| | CENTRAL COLLECTION AGENCY | 9972 | Priority | .00 | .00 |
| | IRS | | Unsecured | .00 | .00 |
| | INTERNAL REVENUE SERVICE | | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 6,282.25 | 663.50 |